1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN RICHARD WELL, | CASE NO. 2:23-cv-00165 |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| MARK THOMPSON, | |
| Respondent. | |

On March 26, 2024, the Honorable Theresa L. Fricke, U.S. Magistrate Judge for the Western District of Washington, issued a Report and Recommendation (R&R), recommending that the Court should accept the stipulation of dismissal and direct the Clerk's Office to enter the stipulation of dismissal and close the case under Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 32. Neither party objected to the R&R and the time for objecting has passed.

Based on its review of the R&R and the remaining record, the Court finds and ORDERS as follows:

(1) The Court adopts the R&R. Dkt. No. 32.

(2) The Court accepts Petitioner's notice of voluntary dismissal.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(3) Petitioner's federal habeas petition is DISMISSED without prejudice.

(4) The Clerk is directed to send copies of this Order to Petitioner and Judge Fricke.

Dated this 17th day of April, 2024.

Jamal N. Whitehead
United States District Judge