UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN RICHARD WELL,<br><br>Plaintiff,<br><br>v.<br><br>MARK THOMPSON,<br><br>Defendant. | CASE NO. 2:23-cv-00165<br><br>ORDER GRANTING LEAVE TO WITHDRAW AND APPOINTING SUBSTITUTE CJA COUNSEL |

Plaintiff Sandy D. Baggett's motion to withdraw as appointed attorney comes before the Court. Dkt. No. 36. Having considered the motion and the record, the Court is fully informed and GRANTS the motion. IT IS ORDERED that CJA counsel Sandy D. Bagget is permitted to withdraw as counsel in this matter and that new counsel shall be appointed to represent Petitioner Steven Richard Well from the CJA Panel.

Dated this 25th day of September, 2026.

Jamal N. Whitehead
United States District Judge